Naoki Kaneko (SBN: 252285)
nkaneko@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949-475-1500
Facsimile: 949-475-0016

Attorneys for Defendant
Unilever United States, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ROBINSON; JESSICA BERCOW, individually and on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNILEVER UNITED STATES, INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:17-cv-03010-DMG-AJW<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: June 26, 2017<br>Current Response Date: July 17, 2017<br>New Response Date: August 16, 2017 |

Pursuant to Civil Local Rule 8-3, Plaintiff Jessica Bercow and Defendant Unilever United States, Inc. ("Defendant"), by and through their respective attorneys, submit this Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days. The parties have agreed that Defendant's deadline to respond to Plaintiffs' Complaint will be extended to August 16, 2017.

1  The undersigned have discussed the terms of this Stipulation, are in agreement
2  with the terms contained herein, and authorize this filing.

3

4  Dated: JUNE 30, 2017            Respectfully Submitted,

5                                  SHOOK HARDY & BACON L.L.P.

6                                  By:  */s/    Naoki S. Kaneko*
7                                       Naoki S. Kaneko

8                                  Attorneys For Defendant
                                    Unilever United States, Inc.
9

10 Dated: JUNE 30, 2017            Respectfully Submitted,

11                                 NATHAN & ASSOCIATES, APC
12

13

14                                 By:  */s/    Reuben D. Nathan*
                                        Reuben D. Nathan
15
                                   Attorneys For Plaintiff
16                                 Jessica Bercow

433270 V1