1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  MICHELLE ROBINSON; JESSICA              Case No.: CV 17-3010-DMG (AJWx)
12  BERCOW, individually on behalf of
    herself and all others similarly situated,
13                                           **ORDER RE STIPULATION TO SET
              Plaintiffs,                    BRIEFING SCHEDULE AND
14                                           HEARING FOR DEFENDANT'S
         v.                                  MOTION TO DISMISS PLAINTIFF'S
15                                           SECOND AMENDED COMPLAINT
    UNILEVER UNITED STATES, INC.,            [32]**
16  and DOES 1 through 25, inclusive,
17
              Defendants.
18
19
20
21
22
23
24
25
26
27
28

                                  1

Having considered the Stipulation between Plaintiff Jessica Bercow ("Plaintiff") and Defendant Unilever United States, Inc. ("Defendants"), and good cause appearing:

1. Unilever's motion to dismiss shall be filed by August 13, 2018;
2. Plaintiff's opposition shall be filed by September 10, 2018;
3. Unilever's reply brief shall be filed by September 24, 2018; and
4. The hearing on Unilever's motion to dismiss will be on October 5, 2018.

**IT IS SO ORDERED.**

DATED: August 3, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE