| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (State Bar No. 191626)<br>Joel D. Smith (State Bar No. 244902)<br>Yeremey O. Krivoshey (State Bar No. 295032)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile:  (925) 407-2700<br>E-Mail:  ltfisher@bursor.com<br>           jsmith@bursor.com<br>           ykrivoshey@bursor.com<br><br>**NATHAN & ASSOCIATES, APC**<br>Reuben D. Nathan (State Bar No. 208436)<br>rnathan@nathanlawpractice.com<br>2901 West Coast Highway, Suite 200<br>Newport Beach, California 92663<br>Telephone:(949)270-2798<br>*Attorneys for Plaintiff, Jessica Bercow* | **SHOOK, HARDY & BACON, LLP**<br>Naoki S. Kaneko (State Bar No. 252285)<br>nkaneko@shb.com<br>Jamboree Center<br>5 Park Plaza, Ste. 1600<br>Irvine, CA 92614<br>*Attorneys for Defendant,*<br>*Unilever United States, Inc.* |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BERCOW, an individual on behalf of herself and all others similarly situated,<br><br>               Plaintiff<br><br>          v.<br><br>UNILEVER UNITED STATES, INC., and DOES 1 through 25, inclusive.<br><br>               Defendants | Case No. 2:17-cv-03010-DMJ-AJW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff JESSICA BERCOW ("Plaintiff"), and Defendants UNILEVER UNITED STATES, INC. ("Defendant"), by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action with prejudice. Because this Stipulation for Dismissal has been signed by all parties who have appeared in this action, it is effective without further Order by the Court pursuant to Rule 41(a)(1)(A).

IT IS SO STIPULATED.

Dated: January 24, 2020                    **NATHAN & ASSOCIATES, APC**

                                           By:   */s/ Reuben D. Nathan*
                                                 Reuben D. Nathan, Esq.
                                                 Attorneys for Plaintiff,
                                                 JESSICA BERCOW

Dated: January 24, 2020                    **SHOOK, HARDY & BACON, LLP**

                                           By:   */s/Naoki S. Kaneko*
                                                 Naoki S. Kaneko, Esq.
                                                 Attorneys for Defendant,
                                                 UNILEVER UNITED STATES, INC.

---

1
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing through the Court's CM/ECF system upon all counsel registered with that system.

DATED: January 27, 2020                    By: */s/ Reuben D. Nathan*
                                               Reuben D. Nathan