UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | **CV 17-3010-DMG (AJWx)** | Date | January 28, 2020 |

Title *Jessica Bercow, et al. v. Unilever United States, Inc.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of th eparties' Stipulation for Dismissal filed on January 27, 2020 [Doc. # 55], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.